# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

August 3, 2018

*By the Court*:

| | |
|---|---|
| ROBERT HALL,<br>    Plaintiff-Appellant,<br><br>No. 17-2394     v.<br><br>SCOTT PUNKE, et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 1:15-cv-01031-CSB<br>]<br>] Colin S. Bruce,<br>]     Judge. |

Pursuant to this court's order of July 11, 2018, **IT IS ORDERED** that Michael T. Brody, JENNER & BLOCK LLP, 353 N. Clark Street, Chicago, IL 60654, is appointed to represent plaintiff-appellant Robert Hall. Counsel is directed to contact the plaintiff-appellant immediately.

Briefing shall proceed as follows:

1. Plaintiff-appellant shall file his brief and required short appendix on or before November 1, 2018.

2. Defendants-appellees and invitees shall file its brief on or before December 3, 2018.

3. Plaintiff-appellant shall file his reply brief, if any, on or before December 17, 2018.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).